Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−14029−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Scott E Spingarn Sr.
  3 Birch Terrace
  Parlin, NJ 08859

Social Security No.:
  xxx−xx−6308

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on April 25, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 16
Order Granting Notice of Request for Loss Mitigation(Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/25/2017. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 25, 2017
JAN: dmi

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Scott E Spingarn, Sr.  
    Debtor

Case No. 17-14029-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 25, 2017  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.  
lm          Specialized Loan Services,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO   80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:  
       Albert    Russo     docs@russotrustee.com  
       Brian C. Nicholas     on behalf of Creditor     Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series ITF INABS 2005-C bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series ITF INABS 2005-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert C. Nisenson     on behalf of Debtor Scott E Spingarn, Sr. rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
       U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 5