Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−14029−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott E Spingarn Sr.
   3 Birch Terrace
   Parlin, NJ 08859

Social Security No.:
   xxx−xx−6308

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2017
JAN: ckk

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 17-14029-CMG
Scott E Spingarn, Sr.                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2            Date Rcvd: May 22, 2017
                            Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db            +Scott E Spingarn, Sr.,    3 Birch Terrace,    Parlin, NJ 08859-1103
lm             Specialized Loan Services,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
516817487     +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516676368     +Dr. Donald De Rosa,    Pleasant Experience Endodontics,    29 Peters Pl,
               Red Bank, NJ 07701-1740
516676369      Fst Premier,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
516676370     +Jersey Central Power & Light,    PO Box 16001,    Reading, PA 19612-6001
516676372     +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
516676373     +Raritan Bay Medical Center,    1 Hospital Plaza,    Old Bridge, NJ 08857-3087
516676376     +Select Porfolio / Deutsche Bank National,    C/O Pluese Becker & Saltzman,
               20000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4318
516676364     +The Borough Sayreville Water Department,    167 Main St,    Sayreville, NJ 08872-1149
516749887      US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516676377     +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
               Madison, WI 53704-3121
516676378     +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 22 2017 21:45:07     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2017 21:45:06     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516676365      E-mail/Text: ebn@americollect.com May 22 2017 21:45:09     Americollect Inc,   Po Box 1566,
               1851 S Alverno Rd,    Manitowoc, WI 54221
516676366     +EDI: TSYS2.COM May 22 2017 21:28:00     Barclays Bank Delaware,   100 S West St,
               Wilmington, DE 19801-5015
516676367     +EDI: CCS.COM May 22 2017 21:28:00     Credit Collections Svc,   Po Box 773,
               Needham, MA 02494-0918
516774423      EDI: RESURGENT.COM May 22 2017 21:28:00     LVNV Funding LLC, C/O Resurgent Capital Services,
               P.O. Box 10675,   Greenville, SC 29603-0675
516676371     +E-mail/PDF: bankruptcy@ncfsi.com May 22 2017 21:38:46     New Century Financial Services,
               110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
516676374     +E-mail/Text: bankruptcy@savit.com May 22 2017 21:45:21     Savit Coll,   Po Box 250,
               East Brunswick, NJ 08816-0250
                                                                                             TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516676375*    +Savit Coll,   Po Box 250,    East Brunswick, NJ 08816-0250
516676379*    +Wakefield & Associates,    Attn: Bankruptcy,   Po Box 50250,    Knoxville, TN 37950-0250
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee under
               the pooling and Servicing Agreement Series ITF INABS 2005-C bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee under
               the pooling and Servicing Agreement Series ITF INABS 2005-C dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2         Date Rcvd: May 22, 2017
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert C. Nisenson    on behalf of Debtor Scott E Spingarn, Sr. rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 5