| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

**Order Filed on May 19, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Scott E Spingarn, Sr.

Case No.: 17-14029 / CMG

Hearing Date: May 17, 2017

Judge:  Christine M. Gravelle

# ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: May 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to make all required pre-confirmation payments to the Trustee

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott E Spingarn, Sr.  
    Debtor

Case No. 17-14029-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: May 22, 2017  
               Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.  
db         +Scott E Spingarn, Sr.,    3 Birch Terrace,    Parlin, NJ 08859-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:  
           Albert     Russo    docs@russotrustee.com  
           Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series ITF INABS 2005-C bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series ITF INABS 2005-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Robert C. Nisenson    on behalf of Debtor Scott E Spingarn, Sr. rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 5